**Ross P. Meyer (028473)**
Ross@EnaraLaw.com
**Sara N. Rock (036152)**
Sara@EnaraLaw.com
**Enara Law PLLC**
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
Filings@EnaraLaw.com
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Haute Plank, Inc., an Arizona corporation, | Case No.: 2:25-cv-04436-JZB |
| Plaintiff, | **APPLICATION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER WITHOUT NOTICE** |
| vs. | |
| Grato, S.L., LLC, a Spanish corporation, | |
| Defendants. | |

Plaintiff Haute Plank, Inc. ("Haute Plank" or "Plaintiff"), hereby applies to the Court for entry of a Temporary Restraining Order ("TRO") pursuant to Rule 65(b), Fed. R. Civ. P. Plaintiff seeks a narrowly tailored TRO compelling Defendant Grato, S.L., LLC ("Grato") to immediately ship Purchase Order 1791 (the "Johnson Order") by air freight so that delivery occurs no later than January 31, 2026, and prohibiting Grato from conditioning shipment of the Johnson Order or any other Pre-August 7 2025 orders on payment obligations not required by the parties' August 7, 2025 Agreement.

Immediate injunctive relief is required because Grato has refused to ship the Johnson Order despite its completion and despite the absence of any contractual basis for continued delay. If shipment does not occur immediately, Plaintiff will suffer irreparable harm, including the loss of a key client, severe reputational damage, cascading loss of

goodwill and referrals, and an existential threat to its ongoing business operations. These are harms that cannot be remedied by monetary damages.

Although this Application is brought pursuant to Rule 65(b) without notice, Plaintiff has provided courtesy notice to Defendant's counsel. Nonetheless, immediate relief is necessary because irreparable injury will occur before Defendant can be meaningfully heard or before a noticed hearing can be scheduled. This Application is based upon the accompanying Rule 65(b)(1)(B) Certification of Counsel, the Memorandum of Points and Authorities in Support of Entry of a Temporary Restraining Order Without Notice, the pleadings and exhibits on file in this action, and the declaration of Jennifer Alvarez.

Plaintiff respectfully requests that the Court enter the proposed Temporary Restraining Order submitted concurrently herewith.

**RESPECTFULLY SUBMITTED** this 23rd day of January 2026.

**ENARA LAW PLLC**

By: */s/ Ross P. Meyer*
Ross P. Meyer
Sara N. Rock
*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January 2026, a copy of the foregoing document described herein above was sent to the counsel for Defendant as identified on the Notice of Electronic Filing, and paper copies will be sent to any non-registered participants.

James Cool
Roger Stahl
**Frazer Ryan Goldberg & Arnold LLP**
1850 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004
jcool@frgalaw.com
rstahl@frgalaw.com
*Attorneys for Defendant*

By:*/s/ Leslie Cruz Morales*

3